UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRANDI W.,

                Plaintiff,

v.                                                                                         5:21-CV-0670
                                                                                           (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

---

APPEARANCES:                                                   OF COUNSEL:

OLINSKY LAW GROUP                                              HOWARD D. OLINSKY, ESQ.
  Counsel for the Plaintiff
250 South Clinton Street
Suite 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION                                 AMY BLAND, ESQ.
  Counsel for the Defendant                                    Special Assistant United States
J.F.K. Federal Building                                        Attorney
15 New Sudbury Street
Boston, Massachusetts 02203


MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Amy Bland, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may

be taken; and Plaintiff, through counsel Howard D. Olinsky, having consented to the within order and the requested remand (Dkt. No. 15), and the Court having considered the matter,

IT IS on this 6th day of April, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: April 6, 2022
Binghamton, New York

_Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge